**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, | : | No. 89 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated October |
| | : | 21, 2015 at No. 566 MD 2013. |
| v. | : | |
| | : | P |
| | : | |
| PA. DEPARTMENT OF CORRECTIONS, | : | |
| COMMISSIONER, JOHN WETZEL, PA. | : | |
| GOVERNOR, TOM CORBETT, | : | |
| SUPERINTENDENT, LOUIS S. FOLINO, | : | |
| JANE AND JOHN DOE, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**                                              **DECIDED:  August 15, 2016**

     **AND NOW,** this 15th day of August, 2016, the order of the Commonwealth Court

is AFFIRMED.